535 U.S. 945
 CERVANTES-CHAVEZ
v.
UNITED STATES;
CHICO-NAJERA
v.
UNITED STATES;
DE LA ROSA-VARGAS
v.
UNITED STATES;
HERNANDEZ-SALAZAR
v.
UNITED STATES;
OLIVARES-AGUIRRE
v.
UNITED STATES;
OROZCO-TARIN
v.
UNITED STATES;
PONCE-AVILLAS
v.
UNITED STATES; and
RAMIREZ-ALVARADO
v.
UNITED STATES.
 No. 01-8232.
 Supreme Court of the United States.
 March 18, 2002.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 275 F. 3d 1082.